**William R. KOWALSKI, Plaintiff– Cross Appellant,**

and

**Hawaii International Seafood, Inc., Plaintiff–Appellee,**

v.

**OCEAN DUKE CORPORATION,**
Defendant–Appellant.

Nos. 2008–1364, 2008–1452.

United States Court of Appeals, Federal Circuit.

Oct. 15, 2008.

## ON MOTION

*ORDER*

The parties move jointly to dismiss the above-captioned appeals.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All sides shall bear their own costs.